**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, § | | |
|    Plaintiffs, § | | |
| § | Case No. 6:15-cv-01168-JRG | |
| v. § | LEAD CASE | |
| § | | |
| AVAYA INC., § | | |
| SHORETEL, INC., § | Case No. 6:15-cv-01169-JRG | |
|    Defendants. | | |

**ORDER**

Having considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice ("Motion") (Dkt. No. 217), the Court finds that the Motion should be **GRANTED** and Civil Action No. 6:15-cv-01169 by Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc") against ShoreTel, Inc. ("ShoreTel") should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2). The Clerk is **ORDERED** to terminate ShoreTel in lead case 6:15-cv-1168-JRG. The Clerk is directed to **CLOSE** member case 6:15-cv-1169-JRG. Any and all motions between Plaintiffs and ShoreTel in this lead case or member case which are presently unresolved are hereby **DENIED AS MOOT**. Uniloc and ShoreTel shall each bear their own attorney's fees, expenses, and costs.

**So ORDERED and SIGNED this 17th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE